192 So. 922

**Roy SCOTT v. STATE.**

**6 Div. 342.**

Court of Appeals of Alabama.

Dec. 19, 1939.

Beddow, Ray & Jones, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.